February 2006 2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re **Huffman, Robert Brian & Huffman, Kristen Lee** Debtor(s). | CHAPTER: **7** CASE NO.: **9:10-bk-16452** |
|---|---|

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Huffman, Robert Brian**, the debtor in this case, declare under penalty
*(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Huffman, Kristen Lee**, the debtor in this case, declare under penalty
*(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☒ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **December 20, 2010** Signature ***/s/ Robert Brian Huffman***
*Debtor*

Date: **December 20, 2010** Signature ***/s/ Kristen Lee Huffman***
*Joint Debtor (if any)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# Profit and Loss Statement:3

6/1/2010 through 12/20/2010

| Category Description | 6/1/2010-12/20/2010 | 6/1/2010-12/20/2010 | Amount Difference |
|---|---|---|---|
| **INCOME** | | | |
| Income | 854,785.11 | 854,785.11 | 0.00 |
| **TOTAL INCOME** | **854,785.11** | **854,785.11** | **0.00** |
| | | | |
| **EXPENSES** | | | |
| **Auto** | | | |
| Service | 7,513.48 | 7,513.48 | 0.00 |
| Other Auto | 192.86 | 192.86 | 0.00 |
| TOTAL Auto | 7,706.34 | 7,706.34 | 0.00 |
| Business Liscense | 37.50 | 37.50 | 0.00 |
| Car Purchase | 802,611.00 | 802,611.00 | 0.00 |
| Commisions | 10,090.00 | 10,090.00 | 0.00 |
| Driver | 30.00 | 30.00 | 0.00 |
| Entertainment | 390.00 | 390.00 | 0.00 |
| Income Refund | 14,000.00 | 14,000.00 | 0.00 |
| Misc. | 230.75 | 230.75 | 0.00 |
| Sponsor | 318.00 | 318.00 | 0.00 |
| Void | 0.00 | 0.00 | 0.00 |
| **TOTAL EXPENSES** | **835,413.59** | **835,413.59** | **0.00** |
| | | | |
| **OVERALL TOTAL** | **19,371.52** | **19,371.52** | **0.00** |