Form r341y–r341 VAN–02
Rev. 05/2010

# United States Bankruptcy Court
## Central District Of California

**1415 State Street, Santa Barbara, CA 93101–2511**

## RENOTICE 341 MEETING

**DEBTOR INFORMATION:**
Robert Brian Huffman
aka R. Brian Huffman, aka Robert B. Huffman

**BANKRUPTCY NO.**  9:10–bk–16452–RR

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–3166
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** N/A

**JOINT DEBTOR INFORMATION:**
Kristen Lee Huffman

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–9382
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Dismissal Date:**  N/A

**Address:**
1308 Oak Ridge Way
Paso Robles, CA 93446

**DEBTOR'S ATTORNEY:**
Carl A Lux
Carl Lux
2135 Santa Anita Ave
Altadena, CA 91001

888–882–5610

**TRUSTEE:**
Sandra McBeth (TR)
2236 S. Broadway, Suite J
Santa Maria, CA 93454

(805) 922–0313

Please take notice that the 341 meeting date has been reset for:

**Date:** January 31, 2011    **Time:** 09:00 AM
**Location:** 128 East Carrillo St., Santa Barbara, CA 93101

Dated: December 23, 2010

By the Court,
**Kathleen J. Campbell**
Clerk of Court

(Form r341y–r341 VAN–02) Rev. 05/2010    **7 / CDA**