Form r341y−r341 VAN−02
Rev. 05/2010

# United States Bankruptcy Court
# Central District Of California

**1415 State Street, Santa Barbara, CA 93101−2511**

## RENOTICE 341 MEETING

**DEBTOR INFORMATION:**
Robert Brian Huffman
aka R. Brian Huffman, aka Robert B. Huffman

**BANKRUPTCY NO.** 9:10−bk−16452−RR

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−3166
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**JOINT DEBTOR INFORMATION:**
Kristen Lee Huffman

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−9382
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** N/A
**Address:**
1308 Oak Ridge Way
Paso Robles, CA 93446

**DEBTOR'S ATTORNEY:**
Carl A Lux
Carl Lux
2135 Santa Anita Ave
Altadena, CA 91001

888−882−5610

**TRUSTEE:**
Sandra McBeth (TR)
2236 S. Broadway, Suite J
Santa Maria, CA 93454

(805) 922−0313

Please take notice that the 341 meeting date has been reset for:

**Date:** January 31, 2011 **Time:** 09:00 AM
**Location:** 128 East Carrillo St., Santa Barbara, CA 93101

By the Court,

Dated: December 23, 2010

**Kathleen J. Campbell**
Clerk of Court

# CERTIFICATE OF NOTICE

District/off: 0973-9 User: cdavisC Page 1 of 1 Date Rcvd: Dec 23, 2010
Case: 10-16452 Form ID: r341y Total Noticed: 14

The following entities were noticed by first class mail on Dec 25, 2010.

db/jdb +Robert Brian Huffman, Kristen Lee Huffman, 1308 Oak Ridge Way, Paso Robles, CA 93446-4081
smg +County Assessor, County Government Center, Room 100, San Luis Obispo, CA 93408-0001
smg Franchise Tax Board, ATTN: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952
28187130 +ALLY FINANCIAL, PO BOX 380901, BLOOMINGTON, MN 55438-0901
28187131 +AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537
28187132 +ASPIRE, PO BOX 105555, ATLANTA, GA 30348-5555
28187134 +CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130-0281
28187135 +CENTRAL FINANCIAL CONTROL, PO BOX 66051, ANAHEIM, CA 92816-6051
28187136 +CHASE, PO BOX 24696, COLUMBUS, OH 43224-0696
28187137 +CHASE BANK USA, PO BOX 15298, WILMINGTON, DE 19850-5298
28187133 ++HSBC BANK, ATTN BANKRUPTCY DEPARTMENT, PO BOX 5213, CAROL STREAM IL 60197-5213
(address filed with court: BEST BUY/HSBC, PO BOX 15524, WILMINGTON, DE 19850)

The following entities were noticed by electronic transmission on Dec 24, 2010.

smg +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us County Tax Collector,
P.O. Box 357, Santa Barbara, CA 93102-0357
smg E-mail/Text: itcdbg@edd.ca.gov Employment Development Dept.,
Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001
28187139 +E-mail/PDF: bankruptcyverizonwireless@afninet.com Dec 24 2010 02:40:52 VERIZON WIRELESS,
PO BOX 26055, MINNEAPOLIS, MN 55426-0055

TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

28187138 Creditor Name, Street address, City, Zip

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2010** **Signature:** Joseph Speetjens