| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers | FOR COURT USE ONLY |
|---|---|
| *Sandra K. McBeth*<br>*Chapter 7 Trustee*<br>*2236 S. Broadway, Suite J*<br>*Santa Maria, CA 93455*<br>*(805) 922-0313*<br>*(805) 922-7915 (Fax)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Huffman, Robert & Kristen

Debtor(s).

CHAPTER 7

CASE NUMBER: 9:10-bk-16452

(No Hearing Required)

# TRUSTEES REQUEST TO DISMISS CHAPTER 7 DEBTOR(S) FOR
# FAILURE TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

I, the undersigned Trustee, certify under penalty of perjury that the debtor(s) failed to appear at Section 341(a) Meeting of Creditors and any continuances thereof. I further certify that I have notified the within debtor(s) of any continued/rescheduled Section 341(a) Meeting of Creditors and recommend that a dismissal order be initiated against:

**DEBTOR**: Huffman, Robert

**JOINT DEBTOR**: Huffman, Kristen

Dated: <u>March 16, 2011</u>

<u>    Sandra K. McBeth                    </u>        <u>    /s/ Sandra K. McBeth, Chapter 7 Trustee    </u>
*Type Name of Trustee*                                     *Signature of Trustee*

*February 2009*

This form has been approved by the United States Bankruptcy Court for the Central District of California.