CARL A. LUX #192963
2135 Santa Anita Avenue
Altadena, CA
(888) 882-5610 (Telephone)
(888) 730-8950

**U.S. Bankruptcy Court**
**Central District of California (Santa Barbara)**

| | |
|---|---|
| **DEBTOR** ) | **Bankruptcy Petition #: 10-16452** |
| **ROBERT BRIAN HUFFMAN** ) | |
| **KRISTEN LEE HUFFMAN** ) | |
| ) | **Chapter 7** |
| ) | **DEBTORS' RESPONSE TO TRUSTEE'S** |
| | **MOTION TO DISMISS** |

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

   NOW COME, Debtors by and through their attorney of record and files this response to the Trustee's Motion to Dismiss for failure to appear at the rescheduled Meeting of Creditors and would respectfully show the court as follows:

   1.   The Debtors appeared at their first scheduled meeting of creditors on January 3, 2011. At this meeting the Trustee requested amendments to their Schedules and Statement of Financial Affairs. These amendments were filed by the Debtors on February 25, 2011 in an effort to meet the Trustee's requests. The Trustee then renoticed the meeting of creditors for March 15, 2011 as an amendment to the Debtors' Schedule I was not completed.  This Amendment was then completed and filed with the Court on March 14, 2011.

   2.   The Debtors' failure to file to properly file the Amendments to allow the Trustee time to review was not intentional but a clerical error.  The Debtors respectfully request that the Trustee withdraw the Motion to Dismiss and if necessary and if requested by the Trustee appear at a rescheduled meeting of creditors.

DATED: March 17, 2011.

Respectfully Submitted,

/s/ Carl Lux
**Carl A. Lux** (192963)
Attorney for Debtor

## CERTIFICATE OF SERVICE

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 17th day of March, 2011 on the following parties affected thereby:

**Sandra McBeth**
2236 S. Broadway, Suite J
Santa Maria, CA 93454

**United States Trustee**
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

/s/ Carl A. Lux

Carl A. Lux