# United States Bankruptcy Court
# Central District Of California

**1415 State Street, Santa Barbara, CA 93101-2511**

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Robert Brian Huffman
aka R. Brian Huffman, aka Robert B. Huffman

**BANKRUPTCY NO.** 9:10-bk-16452-RR

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-3166
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 3/21/11

**JOINT DEBTOR INFORMATION:**
Kristen Lee Huffman

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-9382
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 3/21/11

**Address:**
1308 Oak Ridge Way
Paso Robles, CA 93446

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1) The case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is hereby vacated in its entirety.

3) The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

Dated: March 21, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van23a-odmwab VAN-23) Rev. 11/09

**26 / RZG**