1  CARL A. LUX #192963
2  2135 Santa Anita Avenue
   Altadena, CA
3  (888) 882-5610 (Telephone)
   (888) 730-8950

**U.S. Bankruptcy Court**
**Central District of California (Santa Barbara)**

| | |
|---|---|
| **DEBTOR** | ) **Bankruptcy Petition #: 10-16452** |
| **ROBERT BRIAN HUFFMAN** | ) |
| | ) |
| | ) **Chapter 7** |
| | |
| | ) **DEBTORS' FIRST AMENDED MOTION TO VACATE COURT'S ORDER OF DISMISSAL** |

**TO THE HONORABLE JUDGE ROBIN RIBLET, UNITED STATES BANKRUPTCY COURT JUDGE, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

NOW COMES, Debtor by and through his attorney of record and files this, his First Amended Motion to Vacate the Order of Dismissal which was entered by this Court on March 21, 2011 and would respectfully show the court as follows:

1.    This Chapter 7 proceeding was dismissed on March 21, 2011 because of the Debtor's failure to attend the 341 hearing on March 15, 2011.  Debtor thought he did not have to attend the 341 meeting because the amendments required to be filed were filed prior to the meeting.

WHEREFORE, Debtor prays for an Order:

A.    Reopening this Chapter 7 proceeding; and

B.    Granting such other relief as the Court deems proper.

DATED: March 24, 2011.

Respectfully Submitted,

/s/ Carl Lux
**Carl A. Lux** (192963)
Attorney for Debtor

## CERTIFICATE OF SERVICE

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this motion was served by first class mail on this the 24th day of March, 2011 on the following parties affected thereby:

Trustee
Sandra McBeth (TR)
2236 S. Broadway, Suite J
Santa Maria, CA 93454
(805) 922-0313

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

/s/ Carl A. Lux

Carl A. Lux